# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| NUTRIEN AG SOLUTIONS, INC.<br>　　　　　　　　PLAINTIFF | \*<br>\*<br>\* |
| V. | \*<br>\*　CASE NO. 4:20CV00155 SWW<br>\* |
| WAYNE CALDWELL, individually,<br>and WAYNE CALDWELL d/b/a<br>WAYNE CALDWELL FARMS<br>　　　　　　　　DEFENDANT | \*<br>\*<br>\*<br>\*<br>\* |

## ORDER

On February 14, 2020, Plaintiff Nutrien AG Solutions, Inc. filed this debt collection action against Wayne Caldwell, sued individually and as a partner in Wayne Caldwell Farms. *See* ECF No. 1, ¶ 3. Plaintiff has provided notice that on March 6, 2020, Caldwell filed a Chapter 7 voluntary petition for bankruptcy. *See In Re: Wayne Caldwell, Sr..* No. 2:20BK11272 (Bankr. E.D. Ark). Accordingly, by operation of 11 U.S.C. § 362(a), an automatic stay of this proceeding went into effect on March 6, 2020.

IT IS THEREFORE ORDERED that the Clerk of the Court is directed to administratively terminate this action. This administrative termination is without prejudice to Plaintiff's right to reopen this case within thirty (30) days of an order by the United States Bankruptcy Court either dismissing Caldwell's bankruptcy

1

petition or granting relief from the automatic stay to proceed with Plaintiff's claim.

IT IS SO ORDERED THIS 30TH DAY OF MARCH, 2020.

<u>Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE